UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AXA XL,

          -against-

MEDITERRANEAN SHIPPING COMPANY, S.A.,

          Defendant.

22 CV 8544 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The conference currently scheduled for February 23, 2022 at 10:30 a.m. is adjourned sine die.

**SO ORDERED.**

Dated:    New York, New York
            February 21, 2023

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge