UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AXA XL,

                     Plaintiff,                      22-CV-08544 (JHR)(SN)

               -against-                       **SETTLEMENT CONFERENCE ORDER**

MEDITERRANEAN SHIPPING COMPANY S.A.,

                     Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A settlement conference is scheduled for Thursday, July 27, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourt.gov, by Thursday, July 20, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       May 18, 2023
                New York, New York