UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AXA XL,

                        **Plaintiff,**          22-CV-08544 (JHR)(SN)

     -against-                                 <u>**ORDER**</u>

MEDITERRANEAN SHIPPING
COMPANY, S.A.,

                        **Defendant.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a conflict in the Court's schedule, the settlement conference scheduled for Thursday, July 27, 2023, is ADJOURNED without date. By no later than Friday, July 28, 2023, the parties are ORDERED to notify the Court if a new conference date should be scheduled or if the parties have settled the claims.

**SO ORDERED.**

                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:     July 24, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2023